_____

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 4, 2017**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  S&P ENTERPRISES, LLC d/b/a Regency Inn & Suites | CASE NO. 13-51807-KMS |
| | CHAPTER 11 |
| DEBTOR | |
| H. KENNETH LEFOLDT, JR., Litigation Agent for S&P Enterprises, LLC | PLAINTIFF |
| V. | ADV. NO. 15-05003-KMS |
| JAYESH K. PATEL | DEFENDANT |

### FINAL JUDGMENT

This cause having come before the Court on the Plaintiff's Motion for Summary Judgment (Adv. Dkt. No. 37), and the Court, having granted the Motion in accordance with Federal Rule of Civil Procedure 56 as applied by Federal Rule of Bankruptcy Procedure 7056 (Adv. Dkt. No. 41), thereby granting judgment in favor of the Plaintiff:

**IT IS HEREBY ORDERED AND ADJUDGED** that final judgment in favor of the Plaintiff is hereby entered pursuant to Federal Rule of Civil Procedure 58 as applied by Federal Rule of Bankruptcy Procedure 7058.

1

2

**FURTHER ORDERED AND ADJUDGED** that Jayesh Patel fraudulently transferred $177,806.00 in funds from the Debtor, S&P Enterprises, LLC, within the meaning of 11 U.S.C. § 548(a)(1)(A) & (B). The same is ordered turned over to the bankruptcy estate with interest thereon from the date of the entry of this Final Judgment at the rate provided in 28 U.S.C. § 1961.

## *END OF ORDER* ##